In the Matter of the NEW YORK, NEW HAVEN AND HART-
FORD RAILROAD COMPANY, Respondent, *v.* THE CITY OF
MOUNT VERNON, Appellant.

*Matter of N. Y. , N. H. & H. R. R. Co.* v. *City of Mt. Vernon,* 134 App.
Div. 984, affirmed.
(Argued April 27, 1910; decided May 17, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
November 24, 1909, which affirmed an order of Special Term
directing the cancellation and reduction of certain assessments
against the petitioner's lands for local improvements.

*J. Mortimer Bell* for appellant.

*Arthur M. Johnson* for respondent.

Order affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER
and HISCOCK, JJ.

---

CORA A. SMITH, as Administratrix of the Estate of RAY-
MOND F. SMITH, Deceased, Appellant, *v.* PHŒNIX BRIDGE
COMPANY, Respondent.

*Smith* v. *Phœnix Bridge Co.,* 134 App. Div. 909, reversed.
(Submitted April 27, 1910; decided May 17, 1910.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial depart-
ment, entered July 9, 1909, which reversed an order of
Special Term granting a motion for leave to amend the sum-
mons and complaint in the above-entitled action and denied
said motion.

The following question was certified : " Whether the
Supreme Court at Special Term had the power, upon the
papers submitted, to grant the amendments appearing in the
amended summons and complaint ? "